IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAWANN S. HAYES**                                                                 **PETITIONER**

V.                                    **NO. 4:21-CV-00610-JM**

**ARKANSAS DEPARTMENT OF PROBATION**
**and PAROLE**                                                                       **RESPONDENT**

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. This case is DISMISSED WITHOUT PREJUDICE.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 29th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE