IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAWANN S. HAYES                                                                                    PETITIONER

V.                                              NO. 4:21-CV-00610-JM

ARKANSAS DEPARTMENT OF PROBATION
and PAROLE                                                                                         RESPONDENT

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE.  All relief sought is denied, and the case is closed.

Dated this 29th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE